IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-CR-002 |
| v. | INFORMATION |
| MARK FRANCIS DAVIDSON, | T. 26 U.S.C. § 7206(1) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### (Filing a False Tax Return)

On or about April 17, 2018, in the Southern District of Iowa, the defendant, MARK FRANCIS DAVIDSON, did willfully make and subscribe an IRS Form 1040, U.S. Individual Income Tax Return ("Form 1040"), for himself and his spouse, for calendar year 2017, which contained a written declaration that it was made under penalties of perjury and which return the defendant, MARK FRANCIS DAVIDSON, did not believe to be true and correct as to every material matter. That 2017 IRS Form 1040, which was prepared and signed in the Southern District of Iowa and submitted to the IRS, falsely reported that the defendant, MARK FRANCIS DAVIDSON, had taxable income for calendar year 2017 in the amount of $428,766, whereas the defendant, MARK FRANCIS DAVIDSON, then and there knew that he had taxable income of approximately $1,103,596 during calendar year 2017.

This is a violation of Title 26, United States Code, Section 7206(1).

Richard D. Westphal
United States Attorney

By: _____
Ryan W. Leemkuil
Assistant United States Attorney